**RECEIVED**
APR 2 4 2023
**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
_____Eastern_____ DIVISION

| | |
|---|---|
| Jason L. Roper ) | |
| 1115948 ) | |
| ) | |
| *(Write the full name of the plaintiff in this action.* ) | Case No: _____ |
| *Include prisoner registration number.)* ) | *(to be assigned by Clerk of District Court)* |
| ) | |
| **v.** ) | Plaintiff Requests Trial by Jury |
| State of Missouri et al ) | [x] Yes   [ ] No |
| Ms.Paige A. Wymore-Wynn ) | |
| Michael E. Gans ) | |
| Daniel F. Kellogg ) | |
| Bill Stange ) | |
| ) | |
| ) | |
| *(Write the full name of each defendant. The caption* ) | |
| *must include the names of **all** of the parties.* ) | |
| *Fed. R. Civ. P. 10(a). Merely listing one party and* ) | |
| *writing "et al." is insufficient. Attach additional* ) | |
| *sheets if necessary.)* ) | |

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

I. The Parties to this Complaint

   A. The Plaintiff

   Name: Jason L. Roper

   Other names you have used: None

   Prisoner Registration Number: 1115948

   Current Institution: S.E.C.C. 300 E. Pedro Simmons Dr. Charleston, Mo. 63834

   Indicate your prisoner status:

   [ ] Pretrial detainee     [x] Convicted and sentenced state prisoner

   [ ] Civilly committed detainee     [ ] Convicted and sentenced federal prisoner

   [ ] Immigration detainee     [ ] Other (explain): _____

   B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

   Defendant 1

   Name: State of Missouri et al

   Job or Title: Government

   Badge/Shield Number: N/A

   Employer: Government

   Address: P.O.Box 899, Jefferson City, Mo. 65102

   [x] Individual Capacity     [x] Official Capacity

2

Defendants Continued

Defendant 3.

Name: Michael E. Gans

Job or Title: Clerk of U.S. Court of Appeals, 8th Cir.

Badge/Shield Number: Unknown

Employer: State of Missouri, Local Government

Address: U.S. Court of Appeals for the 8th Circuit
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102
__x__ Individual Capacity __x__ Official Capacity

Defendant 4.

Name: Daniel F. Kellogg

Job or Title: Government Official for the State of Missouri

Badge/Shield Number: Unknown

Employer: State of Missouri, Local Government

Address: State of Missouri, Kansas City, Mo. 64106
__x__ Individual Capacity __x__ Official Capacity

Defendant 5.

Name: Bill Strange

Job or Title: Warden S.E.C.C.

Badge/Shield: Unknown

Employer: State of Missouri, Local Government

Address: S.E.C.C. 300 E. Pedro Simmons Dr., Charleston, Mo. 63834
__x__ Individual Capacity __x__ Official Capacity

**Defendant 2**

Name: Ms. Paige A. Wymore-Wynn

Job or Title: U.S. District Clerk of Court

Badge/Shield Number: Unknown

Employer: State of Missouri for Local Government

Address: U.S. Disrict Court, Western District of Missouri, 400 East 9th St. Kansas City, Mo. 64106

[x] Individual Capacity     [x] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Claim 1.

Statements of Claims and Constitutional Law Violations by the State of Missouri's Local Government's Public Officials and Officers of the Court. Sustained by following Grounds, All Claims be heard by Public Federal Jury, "Citing".

Claim 2.

The Intentional Constitutional Violations by U.S. District Clerk of the Court for the Western District: Ms. Paige A. Wymore-Wynn and U.S. court of Appeals Clerk of the Court for the 8th Circuit, Michael E. Gans; of Federally Guaranteed Constitutional rights of Due Process of State and Federal Laws. Protected by the 1st, 5th, 6th, 8th, and 14th Amendments of the U.S. Constitution and Articles 1, and 5, Sections 2; 4.1 and 60 of the Missouri's Constitution.

3

Statement of Claims Continued

Claim 2 Continued

As Exhibits Placed before U.S. District Judge: Honorable Catherine D. Perry, proved beyond any finder of facts DNA Evidence in Exhibits marked as Exhibits: DNA 2(A); 2(B); 2(E); 3(A) and 4(A), Exonerated Plaintiff of ever being Guilty of Commiting any crime. As Evidence Placed before these Courts in Civil Case No: 5:21-cv-06068-GAF, and Appeals Documents in No:23-1424. Court Documents Entered by: U.S. District Court, Eastern District of Missouri, Southeastern Division, Cause No: 1:21-cv-71-CDP on the 8th day of June, 2021, Satisfies ongoing State and Federal Law Violations of a Proven Innocent African American Man. Therefore the State of Missouri has no further Legitimant Just Cause to Appose Plaintiff's Release from Unlawful Imprisonment.

Claim 3

"Citing" "Malicious""Prosecution" as a product of the State of Missouri's Local Government's Individual U.S. Clerks of the Courts, "Deliberate", Callous and Reckless Indifference to Plaintiffs Federally Guaranteed and Protected Rights of Due Process of Congress Federal Mandates and Language Established under the Equal Protection Clause of the Federal Habeas Corpus Statute, under the 14th Amendment.

Claim 4

In light of the overwhelming Documented Evidence of Factual and Actual Innocence, the Clerk of the 8th Circuit Courts Court of Appeals Directions to Judicial Panel to Deny Petition for Writ of Mandamus in accordance with State's Laws and Constitutional Guarantees Established under the Missouri's Constitution, Article 5, Section 4.1 and 60 is Violated with Obvious Clarity.

Claim 5

The failure of Both of the Clerks of the Courts ordering Local Government Officials to Grant Plantiff Immediate Mandatory Hearings Established under and by State's own Laws, As No State Court has Ever Denied Hearings of claims of Factual and Actual Innocence, then it is obvious Clerks of Courts Intentionally Denied Plaintiff Mandatory Hearing in order to Inflict Severe Mental and Physical Injuries to Plaintiff in Violation,"CAT".
Although the U.S. is bound by "CAT" only to the Extent that the term "Cruel","Inhumane", or "Degrading" tretment or Punishment banned by the 5th, 8th, and 14th Amendments, the Clerks Actions are not lessened for their Violations of both Treaty and listed Amendments.

Statement of Claims Continued

Claim 6

Because these States Public Officials was acting in their Individual Capacity, Both State and Federal Laws Require they be held liable for Violations of their Oath of Public Offices.

Claim 7

Whereas the obvious Cruelty "Inherent" by the Clerks of Court Refusal to Appoint Legal Counsel after Payment of Filing Fees for My/His Habeas Corpus be heard by U.S. Court of Appeals for the 8th Circuit, and Denying Hearing Claims of Actual Innocence with Supporting Evidence Alleging to Court's Judges that no grounds of Constitutional Violations Entitled Plaintiff's Certificate of Appealability a false and Misleading fact Disproven by Court's own Documents of evidence.

Claim 8

Congress has held under the Laws Language Established by the AEDPA, in My/His Original Habeal Corpus Petition, Clerks Actions in these Procedings along with those of "S.E.C.C.'s Warden, Bill Stange's" Failure to Provide the Parol and Probation's Prison Officials Overwhelming Documented Evidence that DNA Evidence Exonerated Plaintiff, Therefore no further Legitimate Government interest would be served to continue refusal of Parol. As My/His Release from Unlawful Imprisonment also serves the Pulic Interest and those of My/His Family as the paid filing fees for Claims of Innocence be Ruled upon by Courts.
As Clerks "Blind Eyes" to Justice Denied them this Right. As the 5th, 8th, and 14th Amendments Demand Court's Clerks Protect these Rights of Due Process.

Claim 9

The State of Missouri's unlawful and Unconstitutional Actions Deprived Paintiff's Federally Guaranteed Rights of Due Process under both State and Federal Laws, to Mandatory Hearing by Court's. Whereas State Laws are Clear, No State Court may Deny Mandatory Hearing of Claims of Factual of Actual Innocence filed to any State Court, Due to fact's Due Process Clause's under the: 5th, 6th, 8th, and 14th Amendments, which Extends to All Government's Proceedings, Both State and Federal, to include their unlawful action in Habeas Corpus.

Statement of Claims Continued

Claim 10

Court Documents Entered to Both U.S. Western District's Clerk of Court, and 8th Circuit Court of Appeals Clerk, by the Eastern District's Honorable Judge: Catherine D. Perry: In the Interest of Justice in Entitled Cause Number: 5:21-cv-06068-GAF and Appeals Documents No:23-1424. In Court's Exhibits Marked as DNA Evidence; Exhibits DNA 2(A),2(B),2(E),3(A), and 4(A).
Demonstrated with Obvious Clarity, Trial Court's Judge Danial F. Kelloggs "Erroneous" Interpretation of the State of Missouri's DNA Statutes, Caused Another Conviction and Sentence of a known innocent African American Man for a Crime, Absent his known use of Fabricated Evidence and Perjured Witness Testimony, Impeached by known DNA Evidence that a person of Caucasian Characteristics Organic and DNA Materials was found on Plantiff's Girlfriends Chilrens Clothing.
As Experts found their Pubic Hairs, Head and other Body Hairs on their Clothing. Because Both Federal Clerks of Courts knew of this Evidence and Refused to Place Same to Judges of the Court's, Their Violations of Federal and State Laws are Clear.

Claim 11

The Wantingly "Degrading and Dangerous" Situations the Continued Unlawful Imprisonment Provides for the Imprisonment of an Innocent Plaintiff, Violates My/His Constitutional Rights of Due Process of Laws under the 5th, 8th, and 14th Amendments and Articles 1,5; Sections 4.1 and 60 of the Missouri's Constitution. As the Government no longer has any Legitimate Just Cause to Continue My/His Unlawful Imprisonment.
Therefor Under All Grounds Setforth herein, I/He Demands in the Interest of Justice, Public Jury Trial if this Court Deems this Request and Demand Justice for the Public and Plaintiff's Family to Seek All Damages Public Jury Awards Me/Him. Respectfully Pray.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(SEE ATTACHED PAGES)

4

Injuries

Claim 1.
 The State of Missouri's Local Government Officials Failure to Act Dispite After Plaintiff Submitting Compelling and Overwhelming Evidence of Factual and Actual Innocence. Resulted in the wanton infliction of severe Mental and Physical Suffering to Plaintiff. As a Proven Innocent Man Unlawfully Imprisoned and Repeatedly Denied Meaningful Access to Court by State's Local Clerks in U.S. District Courts and Court of Appeals as Court Records Proves these Facts.

Claim 2
 Sustained by Original Documents Placed before U.S. District Court, Eastern District of Missouri, Southeastern Division, Plaintiff'a Petition for "Writ of Mandamus" Releif be Granted. Filed to the Clerk of Court on the 23rd Day of February, 2023, through Prison Mail," U.S.P.S. Tracking Number: 9114 9022 0078 9389 8241 23. As the Clerks of Courts has Not Granted Plaintiff with any Signed Judge's Court Order to Transfer Petition to the Clerk of Court, U.S. Western District Court's Clerk. Nor has Plaintiff been Granted any Signed Judge's Court Order, Denying "Writ of Mandamus" Justifying Appeal thereof, for Clerks of Courts Unlawful, and Unconstitutional Actions in Habeas Corpus Claims of Actual Innocence: Cause Number: 5:21-cv-06068-GAF.

Claim 3
 Unless Clerk of the 8th Circuit Court of Appeals in Appeals No: 23-1424; can Produce Signed Court Order by Federal Judge Denying Claims of Actual Innocence as Listed Herein, then the Proof of Unlawful and Unconstitutional Violations Requiring Public Jury Trial for State's Public Officials Intentional Unlawful Imprisonment of Innocent Plaintiff. So is Need of Appointment of Legal Councel. Respectfully Prayed.

x Jason L Roper
x JASON L Roper

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. Court Grant Plaintiff Public Jury Trial to seek All Damages they Deems as Justice as it is My Family and Public who has Suffered along with Plaintiff for the State of Missouri's Local Government's Intentional Deception and Wrongful Imprisonment of a Inocent man in order to gain Conviction and Sentence at any Cause. Plaintiff Prays for Court to Compel Clerks of Courts to Produce Signed Court Order of Transfer of Writ and Signed U.S. District Judges Court Order of Denying Writ, Justifying Appeal No. 23-1424.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

   A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?  N/A

       ☐ Yes          ☐ No

   If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

   _____

   B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?  N/A

       ☐ Yes     ☐ No     ☐ Do not know

   C.  If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?  N/A

       ☐ Yes     ☐ No     ☐ Do not know

5

If yes, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? N/A

☐ Yes   ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? N/A

☐ Yes   ☐ No

E. If you did file a grievance: N/A

1. Where did you file the grievance? N/A

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) N/A

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) N/A

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) N/A

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*) N/A

7

VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        [ ] Yes    [x] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        [ ] Yes    [x] No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff __N/A__

        Defendant(s) __N/A__

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number __N/A__

    4.    Name of Judge assigned to your case __N/A__

8

5. Approximate date of filing lawsuit  N/A

6. Is the case still pending? N/A

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*): N/A

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

    Plaintiff  N/A

    Defendant(s)  N/A

2. Court (*if federal court, name the district; if state court, name the state and county*)  N/A

3. Docket or case number  N/A

4. Name of Judge assigned to your case  N/A

5. Approximate date of filing lawsuit  N/A

9

6. Is the case still pending? N/A

   ☐ Yes

   ☐ No *(If no, give the approximate date of disposition):* N/A

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)  N/A

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18Th day of April, 2023.

Signature of Plaintiff   *Jason L Roper*